AUSAs Pakiz & Rausch

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>EDGAR CAIN RAMIREZ CASTRO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:25-mj-686<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(vi) | Possession with intent to distribute 400 grams or more of fentanyl |
| 21 U.S.C. 846 | Conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl |

This criminal complaint is based on these facts:

As set forth in the attached Affidavit of Postal Inspector Justin D. Koble

☑ Continued on the attached sheet.

*Justin Koble*
Complainant's signature

Justin D. Koble / US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: 12/10/2025

City and state: Columbus, Ohio

*Elizabeth Preston Deavers*
Elizabeth A. Preston Deavers
United States Magistrate Judge

## AFFIDAVIT

### Introduction and Background

I, Justin D Koble, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014.  I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office.  In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, § 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy).  In addition, I am responsible for investigating possible violations of Title 18, United States Code, § 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions.  I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds.  My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to find violations of Title 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi) (possession with intent to distribute 400 grams or more of fentanyl) in support of the requested criminal complaint and arrest warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, your affiant did not include each and every fact known concerning this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Edgar Cain Ramirez Castro ("CASTRO") committed the violations listed above.

### Facts Supporting Findings of Probable Cause

5. On or about December 3, 2025, United States Postal Inspection Service ("USPIS") interdiction personnel in Columbus, Ohio identified the USPS Priority Mail parcel bearing tracking number 9505 5143 9846 5336 6107 00 (hereinafter, RICHMOND RD PARCEL 3). RICHMOND RD PARCEL 3 was a size medium USPS Priority Mail box measuring approximately 12" x 3 ½" x 14" that weighed approximately 6 pounds, 1 ounce. RICHMOND RD PARCEL 3 was mailed from the USPS Hazard Branch Post Office, 3729 East 1st Street, Los Angeles, California 90063 on December 2, 2025, at approximately 3:51pm. The $21.95 in postage used to mail RICHMOND RD PARCEL 3 was paid for in cash.

6. Your Affiant has become aware through experience and training that drug traffickers frequently use Priority Mail Express and/or Priority Mail services offered by the USPS, to transport narcotics and other dangerous controlled substances as well as drug proceeds. These services charge a higher fee because they are very timely, reliable and are trackable. However, due to the higher fee, these services are not typically used for personal mailings but rather are utilized by commercial mailers and business customers. As they are mostly used for commercial services, they are typically paid for using electronic postage or credit card as opposed to being paid for in cash. Because these services are reliable and trackable, they are often favored by persons who transport contraband and/or illegal controlled substances and drug proceeds. When used for illegal activity, these services are frequently paid for in cash. In my experience and through training, drug traffickers pay for these services in cash so that the transaction cannot be traced to a particular credit card or business account, and because drug trafficking is often a cash business.

7. Prior to arrival in Columbus, Ohio, investigators obtained an image of RICHMOND PARCEL 3 from USPS mail processing equipment showing it to be addressed to "1690 Richmond Rd, Columbus Ohio 43223," with a return address of "Mike Sanchez, 14383 Duncan, Lynwood CA,90262."

8. Investigators conducted checks of law enforcement, USPS, and open-source electronic databases to determine the validity of the return and destination information indicated on RICHMOND RD PARCEL 3. The return address, "14383 Duncan", was determined to be an invalid address in the 90262-zip code and is not served by the USPS. Because the address was determined to be fictitious, investigators were unable to conduct additional

3

checks. The destination address, "1690 Richmond Rd" was found to be a valid and deliverable address in the 43223-zip code. Because a name was not included with the delivery address, investigators were unable to complete additional checks.

9. On or about December 8, 2025, RICHMOND RD PARCEL 3 was interdicted upon arrival at a USPS mail processing facility in Columbus, Ohio. Based on the information indicated above, RICHMOND RD PARCEL 3 was submitted for examination by a drug detecting canine which provided a positive indication for the presence of controlled substances. Below is a photo of RICHMOND PARCEL 3. Below is a photo of the RICHMOND RD PARCEL 3.



10. On or about December 8, 2025, a federal warrant to search and seize RICHMOND RD PARCEL 3 was granted in the Southern District of Ohio by the Honorable Elizabeth A.

Preston Deavers, U.S. Magistrate Judge.  RICHMOND RD PARCEL 3 was found to contain approximately 1,045 grams of compressed white powder concealed within a safe, made to resemble a book, and wrapped in multiple layers of plastic wrap which had the word "TREBOL" written on the outside.  The compressed white powder field tested positive for the presence of fentanyl using a TruNarc handheld narcotics analyzer.  Based on my training and experience, this quantity of fentanyl is a distribution quantity.  Below is a photo showing the contents of RICHMOND RD PARCEL 3.



11. The contents of RICHMOND RD PARCEL 3 were repackaged, using approximately 56 grams of the fentanyl, with the remainder being replaced by a sham substance resembling fentanyl.  A GPS tracking device and parcel beeper were placed inside the SUBJECT PARCEL, pursuant to a federal warrant.

12. On December 9, 2025, at approximately 11:34am EDT, RICHMOND RD PARCEL 3 was delivered to 1690 Richmond Road, Columbus, Ohio 43223 by an undercover U.S. Postal Inspector serving as a USPS Letter Carrier.  RICHMOND RD PARCEL 3 was left

on the front porch of the residence, which is consistent with the delivery of normal USPS parcels.

13. At approximately 12:24pm EDT, the RICHMOND RD PARCEL 3 was taken inside the residence by a Hispanic female.

14. At approximately 2:12pm EDT, CASTRO, arrived at 1690 Richmond Road, driving a grey Ford Focus.  Immediately following CASTRO entering the residence, the electronic alerting device inside the RICHMOND RD PARCEL 3 began to indicate movement.

15. At approximately 3:34pm EDT, a federal anticipatory search warrant for 1690 Richmond Road, Columbus, Ohio 43223, which had previously been granted in the Southern District of Ohio, was executed at the residence.  RICHMOND RD PARCEL 3 was recovered, unopened, on a table in the front room of the residence.  CASTRO, a Hispanic female, and a child were inside the residence at the time the search warrant was executed.

16. During the execution of the search warrant, investigators recovered approximately 500 grams of white powder which field tested positive for the presence of fentanyl.  Some of this fentanyl had been repackaged in smaller bags consistent with distribution.  Investigators also recovered scales, packaging materials, an additional USPS mailing box and label, a book safe identical to the one found inside RICHMOND RD PARCEL 3 and plastic wrapping with the word "TREBOL" written on the exterior which matched the wrappings of the fentanyl recovered inside RICHMOND RD PARCEL 3.  Additionally, investigators recovered approximately $3,000 in U.S. currency as well as multiple wire remitter receipts indicating the transfer of money to individuals in the Republic of Mexico.

17. During a post-*Miranda* interview, CASTRO admitted to receiving the parcels of narcotics. CASTRO said that he was responsible for verifying the parcel contents and was then directed by another individual as to where to take the narcotics.

## Conclusion

18. Based on the facts set forth in the Affidavit, I maintain there is probable cause to believe that Edgar Cain Ramirez Castro, did knowingly conspire with others to distribute and possess with intent to distribute 400 grams or more of fentanyl, in violation of Title 21 United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(vi) and did knowingly possess with intent to distribute 400 grams or more of fentanyl, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A)(vi). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant for the above individual.

Justin D. Koble
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this <u>10th</u> day of December 2025, in Columbus, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge